## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORI FEIBUSH | : | |
| 2054 South Street | : | NO.:  14-3947 |
| Philadelphia, PA 19146 | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENYATTA JOHNSON, individually | : | |
| and in his Official Capacity as | : | |
| City of Philadelphia Councilman | : | |
| for the Second District | : | **JURY TRIAL DEMANDED** |
| City Hall, Room 580 | : | |
| Philadelphia, PA 19107-3290 | : | |
| | : | |
| And | : | |
| | : | |
| JOHN DOES 1-10 | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW this _____ day of _____, 2014, upon consideration of Plaintiff's Second Motion for Enlargement of Time, and Defendants' concurrence therein, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, and Plaintiff may respond or amend over to Defendants' Motion to Dismiss Plaintiff's Complaint within 14 days from the date of entry of this Order.

**AND IT IS SO ORDERED**.

_____
R. Barclay Surrick                    ,J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORI FEIBUSH<br>2054 South Street<br>Philadelphia, PA 19146<br><br>              Plaintiff,<br><br>  v.<br><br>KENYATTA JOHNSON, individually<br>and in his Official Capacity as<br>City of Philadelphia Councilman<br>for the Second District<br>City Hall, Room 580<br>Philadelphia, PA 19107-3290<br><br>    And<br><br>JOHN DOES 1-10<br><br>             Defendants. | NO.:   14-3947<br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Pending before this Honorable Court is Defendant's Motion to Dismiss. (No. 3).

Plaintiff respectfully requests this Honorable Court grant additional enlargement of time of 14 days consistent with the attached proposed Order within which Plaintiff may respond or amend over to Defendants' Motion in light of the complexity raised by Defendants' motion. FRCP 6 & 15.

Defendants have no objection to this request.

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant Plaintiffs' Motion to Enlarge Plaintiff's time to respond or amend over to Defendants' Motion consistent with the attached proposed Order.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORI FEIBUSH | : | |
| 2054 South Street | : | NO.:   14-3947 |
| Philadelphia, PA 19146 | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENYATTA JOHNSON, individually | : | |
| and in his Official Capacity as | : | |
| City of Philadelphia Councilman | : | |
| for the Second District | : | **JURY TRIAL DEMANDED** |
| City Hall, Room 580 | : | |
| Philadelphia, PA 19107-3290 | : | |
| | : | |
| And | : | |
| | : | |
| JOHN DOES 1-10 | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 16th day of October, 2014, a true and correct copy of the foregoing Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss was served via e-filing, upon the following parties:

John J. Coyle, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiffs