UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORI FEIBUSH<br>2054 South Street<br>Philadelphia, PA 19146<br><br>      Plaintiff,<br><br>v.<br><br>KENYATTA JOHNSON, individually<br>and in his Official Capacity as<br>City of Philadelphia Councilman<br>for the Second District<br>City Hall, Room 580<br>Philadelphia, PA 19107-3290<br><br>And<br><br>JOHN DOES 1-10<br><br>      Defendants. | NO.: 14-3947<br><br><br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW this __20__ day of __Oct.__, 2014, upon consideration of Plaintiff's Second Motion for Enlargement of Time, and Defendants' concurrence therein, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, and Plaintiff may respond or amend over to Defendants' Motion to Dismiss Plaintiff's Complaint within 14 days from the date of entry of this Order.

**AND IT IS SO ORDERED.**

FILED
OCT 20 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

                T. N. O'Neill
                ~~R. Barclay Surrick~~   ,J.