# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORI FEIBUSH | : | |
| 2054 South Street | : | NO.:   14-3947 |
| Philadelphia, PA 19146 | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENYATTA JOHNSON, individually | : | |
| and in his Official Capacity as | : | |
| City of Philadelphia Councilman | : | |
| for the Second District | : | **JURY TRIAL DEMANDED** |
| City Hall, Room 580 | : | |
| Philadelphia, PA 19107-3290 | : | |
| | : | |
| And | : | |
| | : | |
| JOHN DOES 1-10 | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW this _____ day of _____, 2015, upon consideration of Plaintiff's Motion for Enlargement of Time to File his Second Amended Complaint, and Defendants' concurrence thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, and Plaintiff may file his Second Amended Complaint by April 13, 2015.

**AND IT IS SO ORDERED**.

_____
Wendy Beetlestone                   ,J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORI FEIBUSH<br>2054 South Street<br>Philadelphia, PA 19146 | : <br> : <br> : <br> : | NO.:   14-3947 |
| Plaintiff, | : <br> : | |
| v. | : <br> : | |
| KENYATTA JOHNSON, individually<br>and in his Official Capacity as<br>City of Philadelphia Councilman<br>for the Second District<br>City Hall, Room 580<br>Philadelphia, PA 19107-3290 | : <br> : <br> : <br> : <br> : <br> : <br> : | **JURY TRIAL DEMANDED** |
| And | : <br> : | |
| JOHN DOES 1-10 | : <br> : | |
| Defendants. | : | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE HIS SECOND AMENDED COMPLAINT

On March 20, 2015 this Honorable Court entered an Order directing Plaintiff to file his Second Amended Complaint within fourteen (14) days from the date of the Order. (Docket No. 20).

This motion is timely.  The aforesaid constitutes *good cause* for enlargement.  F.R.C.P. 6.

On March 12, 2015, Plaintiff's undersigned counsel's wife, Tali Weisberg was admitted to Lankenau Hospital with life-threatening blood clots in both her lungs blocking both her pulmonary arteries – placing tremendous strain upon her heart and lungs.  While she was originally admitted for a heart attack (at 38 years old), she was ultimately diagnosed with the aforesaid thereafter undergoing an emergency procedure (known as EKOS – targeted anti-coagulants).  Thereafter, Tali was on a heparin drip.  This medical emergency was handled by a

team of approximately a dozen or so doctors.  The mortality rate for this medical emergency is: 10% – instantaneous death; 30% – death within same day.

Needless to say, Plaintiff's undersigned counsel has been primarily out-of-office that week or so thereafter attendant to his wife's needs during hospitalization and thereafter.  While Tali is discharged she is in a vulnerable and weakened condition but appears "out of the woods" now taking Xarelto (new pill form of otherwise Coumadin) for the next six (6) months or so thereafter: notwithstanding she was recently re-admitted to the hospital for a believed (thankfully) "false alarm," and additionally just had an abnormal EKG.

While intending to timely file Plaintiff's Second Amended Complaint, the aforesaid unexpected and dramatic medical emergency instantly leads to this request for a brief enlargement of time consistent with the attached proposed Order.

Notwithstanding, the amendment presents complexity additionally respectfully suggested as warranting enlargement.

Defendants concur.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant ten (10) additional days to file his Second Amended Complaint consistent with the attached proposed Order.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORI FEIBUSH<br>2054 South Street<br>Philadelphia, PA 19146 | :<br>:<br>:<br>: | NO.:   14-3947 |
| Plaintiff, | :<br>: | |
| v. | :<br>: | |
| KENYATTA JOHNSON, individually<br>and in his Official Capacity as<br>City of Philadelphia Councilman<br>for the Second District<br>City Hall, Room 580<br>Philadelphia, PA 19107-3290 | :<br>:<br>:<br>:<br>:<br>: | **JURY TRIAL DEMANDED** |
| And | :<br>: | |
| JOHN DOES 1-10 | :<br>: | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 3rd day of April, 2015, a true and correct copy of the foregoing Plaintiff's Motion for Enlargement of Time to File his Amended Complaint was served via e-filing, upon the following parties:

John J. Coyle, Esquire
Michael R. Miller, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102


**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiffs