IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ORI FEIBUSH,**<br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**KENYATTA JOHNSON and JOHN DOES 1-10,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 14-3947** |

## O R D E R

**AND NOW**, this 23rd day of December, 2015, it having been stipulated and agreed, by and between all parties, that Plaintiff's response/amendment deadline to Motion for Judgment on the Pleadings and Motion for Summary Judgment be enlarged to expire on December 31, 2015, and the Court having so ordered on December 11, 2015 (ECF No. 41), and the Court's December 18, 2015, Order (ECF No. 42) having been issued in error, **IT IS HEREBY ORDERED** that the December 18, 2015 Order (ECF No. 42) is **VACATED.**

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/S/WENDY BEETLESTONE, J.
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**