IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORI FEIBUSH,<br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>KENYATTA JOHNSON and JOHN DOES 1-10,<br>　　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 14-3947 |

## O R D E R

**AND NOW**, this 21st day of January, 2016, upon consideration of Defendant, Councilman Kenyatta Johnson's Motion for Judgment on the Pleadings, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that Count II of Plaintiff's Second Amended Complaint is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**