**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ORI FEIBUSH | : | |
|       Plaintiff, | : | |
|     v. | : | Civil Action No. 14-CV-3947 |
| KENYATTA JOHNSON | : | |
|       Defendant. | : | |
| | : | |

**PLAINTIFF'S REVISED AND AMENDED PRETRIAL MEMORANDUM**

Plaintiff, Ori Feibush, revises and amends it pre-trial memorandum as follows:

**E.   Plaintiff's Exhibits**

1. Redacted email from Steve Cobb to Kenyatta Johnson dated July 16, 2014.
2. Email from Steve Cobb to [kriz1390@yahoo.com](mailto:kriz1390@yahoo.com) dated September 28, 2012.
3. Redacted email from Kenyatta Johnson to Steve Cobb dated September 23, 2013.
4. Redacted email from Kenyatta Johnson to Steve Cobb dated September 23, 2013.
5. Redacted email chain by and between Kenyatta Johnson dated July 18, 2014.
6. Email from Steve Cobb to Kenyatta Johnson dated July 16, 2014.
7. Email from Brian Abernathy to Susie Jarmon dated April 4, 2014.
8. Email by and between Steve Cobb and Tania Nikolic dated April 10, 2014
9. Time stamped Political Action Committee registration statement for Friends of Ori Feibush
10. Council of the City of Philadelphia Resolution No. 130929
11. Council of the City of Philadelphia Resolution No. 130927
12. Council of the City of Philadelphia Resolution No. 140840
13. Council of the City of Philadelphia Resolution No. 140982
14. Council of the City of Philadelphia Resolution No. 150021
15. Council of the City of Philadelphia Resolution No. 150581
16. Council of the City of Philadelphia Resolution No. 150151
17. Council of the City of Philadelphia Resolution No. 140807
18. Council of the City of Philadelphia Resolution No. 140617
19. Council of the City of Philadelphia Resolution No. 140617

**ZIMOLONG, LLC.**

Date: **May 5, 2016**  BY:*/s/ Walter S. Zimolong, Esquire*
        Walter S. Zimolong, Esquire
        wally@zimolonglaw.com

        1429 Walnut Street, Suite 1201
        Philadelphia, PA  19102
        Tele: 215-665-0842/Fax:  215-689-3403

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ORI FEIBUSH<br>　　Plaintiff,<br>　　　　v.<br>KENYATTA JOHNSON, ET. AL.<br>　　　　　　Defendants. | :<br>:<br>: Civil Action No. 14-CV-3947-<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

　　I hereby certify the foregoing revised Pre-Trial Memorandum has been filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Eastern District of Pennsylvania. I further hereby certify that, in accordance with Fed. R. Civ. P. 5, service has been made upon counsel of record via ECF.

**ZIMOLONG, LLC.**

Date: **May 5, 2016**　　　　　　　　　　BY:*/s/ Walter S. Zimolong, Esquire*
　　　　　　　　　　　　　　　　　　　　Walter S. Zimolong, Esquire
　　　　　　　　　　　　　　　　　　　　wally@zimolonglaw.com

　　　　　　　　　　　　　　　　　　　　1429 Walnut Street, Suite 1201
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　　　Tele: 215-665-0842/Fax:  215-689-3403
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff