

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORI FEIBUSH,<br>Plaintiff,<br><br>vs.<br><br>CITY OF PHILADELPHIA,<br>Defendant. | FILED<br>JUN 0 1 2016<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep Clerk | CIVIL ACTION<br><br>No. 14-3947 |

## ORDER

AND NOW, this 1st day of June, 2016, upon consideration of the Defendant's Motion to Defer Consideration of Plaintiff's Petition for Attorneys' Fees, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ [signature]*

ENTERED

JUN -1 2016

CLERK OF COURT