IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORI FEIBUSH,<br>            **Plaintiff,** | CIVIL ACTION |
| v. | |
| KENYATTA JOHNSON and JOHN DOES 1-10,<br>            **Defendants.** | NO.  14-3947 |

**O R D E R**

**AND NOW**, this 25th day of August, 2016, upon consideration of Defendant's Motion

for Judgment as a Matter of Law (ECF No. 111) and Plaintiff's Response in Opposition thereto

(ECF No. 112), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:


/S/WENDY BEETLESTONE, J.

_____

WENDY BEETLESTONE, J.