IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORI FEIBUSH, : | |
|     **Plaintiff** : | CIVIL ACTION |
| v. : | NO. 14-3947 |
| : | |
| KENYATTA JOHNSON, : | |
|   *individually and in his official capacity as* : | |
|   *City of Philadelphia Councilman for the* : | |
|   *Second District,* : | |
|     **Defendant** : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Kenyatta Johnson appeals to the United States Court of Appeals for the Third Circuit from: (1) the May 12, 2016 Order, entered May13, 2016, by the Hon. Wendy Beetlestone, United States District Court for the Eastern District of Pennsylvania, granting judgment against Defendant and in favor of plaintiff; (2) the Order of August 25, 2016, denying Defendant's Motion for Judgment as a Matter of Law; (3) and all Orders of the district court entered prior to the aforementioned Orders.

        CITY OF PHILADELPHIA LAW DEPT.
        Sozi P. Tulante, City Solicitor


        _____/s/ Jane Lovitch Istvan
        BY: Jane Lovitch Istvan
        Chief Deputy City Solicitor, Appeals
        1515 Arch Street – 17th Floor
        Philadelphia PA 19102-1595
        (215) 683 – 5014
        *fax* (215) 683 – 5296
        jane.istvan@phila.gov
        Attorney for Defendant Kenyatta Johnson

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Defendant's Notice of Appeal was filed electronically, and is available for viewing and downloading via the ECF system by opposing counsel:

Walter Stephen Zimolong
Zimolong LLC
P.O. Box 552
Villanova PA 19085-0552
wally@zimolonglaw.com

   Date:  September 20, 2016            /s/ Jane Lovitch Istvan
                                                     Jane Lovitch Istvan
                                                     Chief Deputy
                                                     City Solicitor, Appeals
                                                     City of Philadelphia Law Dept.
                                                     17th Floor, One Parkway Bldg.
                                                     Philadelphia, PA  19102-1595
                                                     Jane.istvan@phila.gov
                                                     (215) 683 – 5014 (ph)

                                                     Attorney for Defendant
                                                     Kenyatta Johnson